# United States District Court
# Central District of California

| | |
|---|---|
| ALFREDO AGUILAR,<br><br>             Plaintiff,<br><br>     v.<br><br>AMERIPRISE FINANCIAL, INC.; DOES 1–10 INCLUSIVE,<br><br>             Defendants. | Case No. 2:15-cv-01714-ODW(AS)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 12), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by **June 5, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

May 5, 2015

_____
               **OTIS D. WRIGHT, II**
        **UNITED STATES DISTRICT JUDGE**